**DIVIDENDS REMITTED TO THE COURT** by HS #129191

Case Number 08-42835 - ASPLEY, SUSANNE LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NORTHERN STATES POWER CO DBA/XCEL ENERGY 3215 COMMERCE ST LA CROSSE WI 54603 | 000002 | 227.54 | 1.64 |
| ---------- Remittance Total ---------- | | 227.54 | 1.64 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED 10 DEC 17 AM 9:39 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

COURT1                                                          Printed: 12/15/10 09:02 AM   Ver: 16.01a